PROB 12A
(7/93)

FILED
February 10, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ JU
                        DEPUTY

# UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TEXAS

## Report on Offender Under Supervision

| | |
|---|---|
| Name of Offender: Robert Reyes-Reyes | Case Number: SA-21-CR-00324 |

Name of Sentencing Judicial Officer:   Honorable David S. Morales, United States District Judge

Date of Original Sentence:   November 25, 2019

Original Offense:   Conspiracy to Transport Undocumented Aliens, in violation of 8 U.S.C. §§ 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(1), and 1324(a)(1)(B)(i)

Original Sentence:   Thirty (30) months imprisonment and Three (3) years supervised release

Type of Supervision:   Supervised Release          Date Supervision Commenced:   July 30, 2021

---

### PREVIOUS COURT ACTION

On August 2, 2021, jurisdiction was transferred from the Southern District of Texas, Corpus Christi Division, to the Western District of Texas, San Antonio, Division.

On December 14, 2021, a Probation Form 12A – Report on Offender Under Supervision was submitted to the Court due to a positive urinalysis for marijuana.  No adverse action was requested at that time and his treatment sessions were continued along with increased urinalysis.  On December 15, 2021, Your Honor concurred with the recommendation.

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Mandatory Condition No. 2**: The defendant shall not unlawfully possess a controlled substance. |
| 2. | **Mandatory Condition No. 3**: The defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, a determined by the court. |

On December 9, 15, 27, 2021 and January 3, 2022, Mr. Reyes-Reyes submitted urine specimens which tested positive for marijuana.  He denied any additional drug use since November 29, 2021. A confirmation for marijuana levels has been requested from the urinalysis lab for the specimen submitted on January 3, 2022.  Results are currently pending.

Robert Reyes-Reyes
February 7, 2022
Page 2

**U.S. Probation Officer Action:**

Mr. Reyes-Reyes is a Criminal History Category of V. He began consuming alcohol at age fourteen, marijuana at the age of thirteen, cocaine at age sixteen, heroin at age sixteen, and experimented with methamphetamines at age thirty-three. He reported having received substance abuse treatment while in state custody in 2003.

On July 30, 2021, Mr. Reyes-Reyes commenced his supervised release and was referred to co-occurring treatment with Lifetime Recovery. On December 8, 2021, the U.S. Probation terminated his treatment with Lifetime Recovery and referred him to the Recovery Opportunities and Re-entry Services (ROARS) program for co-occurring treatment and community referrals. On December 9, 2021, he informed the U.S. Probation Officer he was homeless and entered the Haven for Hope facility.

We respectfully recommend that no adverse action be taken at this time due to the specimens containing residual marijuana. The U.S. Probation Officer will continue to monitor his participation in treatment. Should he incur any further violations, he has been advised the Court would be notified, and further sanctions would be requested.

Approved:                                                   Respectfully submitted,

_____                    _____
Corrina F. Lopez                                         Cynthia Gonzalez
Supervising U.S. Probation Officer              U.S. Probation Officer
Telephone: (210) 472-6590, Ext. 5342        Telephone: (210) 472-6590, Ext. 5379
                                                                   Date: February 7, 2022

cc:   Sarah Wannarka
      Assistant U.S. Attorney

      Brenda Trejo-Olivarri
      Assistant Deputy Chief U.S. Probation Officer

---

☒ Approved as submitted.

☐ Submit a Request for Modifying the Condition or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other _____

_____
Orlando L. Garcia
Chief U.S. District Judge

February 10, 2022
Date